## McPHERSON v. STATE,
### No. 20895.

Court of Criminal Appeals of Texas.
March 6, 1940.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at confinement in the county jail for five days and a fine of $50.

The record is before this court without statement of facts or bills of exception. The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error having been shown by the record before us, the judgment is affirmed.